THE BEWICK LUMBER COMPANY *v.* McLOON.

*Atkinson, J.*—The evidence introduced by the plaintiff established the material allegations of his declaration. There was no variance. No error of law is assigned, and the verdict was warranted.                                        *Judgment affirmed.*
   November 15, 1895.

Action for damages. Before Judge Sweat. Appling superior court. September term, 1894.

*A. C. Wright*, for plaintiff in error.
*Graham & Parker*, contra.